of the accused doubtful, the failure to do so might be good cause for a new trial. But we think it affords no absolute right to a new trial irrespective of the substantial merits of the case. For it to have this effect, there should have been a motion to withdraw the case from the jury and declare a mistrial. By failing to make such a motion and by going on with the pending trial without objection, thus taking the chance of acquittal, the accused may fairly be held to have waived his right to complain.

On the whole, a majority of this court are thoroughly convinced that no error was committed in overruling the motion for a new trial; and though one member of the court entertains some doubt, he concurs in the judgment of affirmance.    *Judgment affirmed.*

---

BAILEY *et al. v.* BAILEY.

It is not error to deny an injunction where the only evidence in support of the allegations of the petition is an affidavit by the petitioners that "the facts contained in the written bill of complaint are true so far as they depend on our own knowledge and belief, and so far as they depend on the knowledge and information of others we believe them to be true."

October 1, 1892.    *Judgment affirmed.*

Injunction. Verification of petition. Before Judge BOWER. Dougherty county. At chambers, May 5, 1892.

Petition of Boisey and Cynthia Bailey for injunction against the enforcement of a judgment for alimony in favor of Alice Bailey against Boisey Bailey, alleging that said judgment was obtained solely upon the testimony of Alice Bailey; that said testimony "was from beginning to end entirely false, a perjury of the deepest dye"; and that execution had issued from the judgment and had been levied upon property of Cynthia Bailey, to which she had been compelled to interpose

her claim, which was then pending. Attached to the petition was the affidavit mentioned in the head-note. Upon presentation of the petition to the judge he refused the injunction, and the petitioners excepted.

H. MORGAN, for plaintiffs.

D. H. POPE, for defendant.